IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANGELA ARIONNA BRANDENBERG,**
    **Plaintiff,**

    vs.                                      CIV NO. 2:19-00323-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 16) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 15), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 16, 2019, to file a response and Plaintiff shall have until December 30, 2019, to file a reply.

SIGNED _November 20_, 2019.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 11/14/2019*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 11/14/2019*
AIDA MEDINA ADAMS
Attorney for Plaintiff