## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ANGELA ARIONNA BRANDENBERG,**

     **Plaintiff,**

**v.**                                                                      **No. 19-cv-0323 SMV**

**ANDREW SAUL,[1]**
**Commissioner of the Social Security Administration,**

     **Defendant.**

### JUDGMENT

Having denied Plaintiff's Brief in Support of Motion to Remand or Reverse [Doc. 15], by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Andrew Saul is the current Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the Defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).